THOMAS J. NOLAN, INC., Plaintiff, *v.* MARTIN AND WILLIAM SMITH, INC., et al., Defendants and Third Party Plaintiffs-Respondents. ANTHONY DE ANGELIS et al., Doing Business as DE ANGELIS PACKING Co., Third Party Defendants-Appellants.

Supreme Court, Appellate Term, First Department, March 24, 1949.

*I. Stanley Stein* and *Paul Wolfe* for third party appellants appearing specially.

*Irvin Husin* for third party respondents.

Order affirmed, with $10 costs, with leave to appellants to serve answer to complaint of third party plaintiffs on or before March 30th, upon payment of said costs.

Concur: HAMMER, PECORA and EDER, JJ.